# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST ANGEL MORA, | Case No. CV 12-2190-GW (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| L.S. McEWEN, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the this action is dismissed with prejudice.

DATED: May 2, 2013

GEORGE H. WU
UNITED STATES DISTRICT JUDGE